IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIO STONE,

            Petitioner,

v.

TAMMY FERGUSON, et al.,

           Respondents.

CIVIL ACTION
NO. 15-3890

## ORDER

**AND NOW**, this 16th day of August 2016, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Amended Habeas Corpus Petition (Doc. No. 14), the Response to the Petition for Writ of Habeas Corpus (Doc. No. 16), Petitioner's Reply to the Response (Doc. No. 17), Magistrate Judge Angell's Report and Recommendation (Doc. No. 18), Petitioner's Objection to the Report and Recommendation (Doc. No. 20), and the pertinent state court record, and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 14) is **DENIED**.

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                              BY THE COURT:

                              /s/ Joel H. Slomsky
                              JOEL H. SLOMSKY, J.